SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, MIGUEL HERNANDEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL HERNANDEZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>HOSN AND HOSN ENTERPRISES, INC.; and DOES 1 to 10,<br><br>        Defendants. | **Case No.: 2:20-cv-08040 MWF (MAAx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff Miguel Hernandez ("Plaintiff") and Defendant have settled the above-captioned matter as to the entire case.  Parties requests that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  September 16, 2020           **SO. CAL EQUAL ACCESS GROUP**


                                              _/s/ Jason J. Kim_
                                              JASON J. KIM
                                              Attorney for Plaintiff